**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

NELSON DELGIUDICE, JR,       :
                                   :
              Plaintiff       :
                                   :
                v.          :      CIVIL NO. 5:12-cv-74-CAR-MSH
                                   :
Officer JARVIS PRIMUS, et. al.,   :
                                   :      PROCEEDINGS UNDER 42 U.S.C. § 1983
             Defendants    :      BEFORE THE U.S. MAGISTRATE JUDGE
_____

**ORDER ON SECOND MOTION
FOR APPOINTMENT OF COUNSEL**

       Plaintiff Nelson Delgiudice, Jr., a prisoner proceeding *pro se* in this 42 U.S.C. § 1983 civil rights action, has now filed his *second* "Motion for Appointment of Counsel" (ECF No. 10).   As the Court explained in its prior Order (ECF No. 7), Plaintiff's requests for legal assistance are premature. Until such time as the Court has an opportunity to review the responsive pleadings, it cannot properly evaluate Plaintiff's need for counsel. However, if it later becomes apparent that counsel should be appointed in this case, after due consideration of the complexity of the issues raised or their novelty, *Poole v. Lambert*, 819 F.2d 1025 (11th Cir. 1987), the Court will entertain a renewed motion. Until then, Plaintiff's request for court-appointed counsel is **DENIED**.

       SO ORDERED, this 5th day of April, 2012.

                                              S/Stephen Hyles_____
                                            UNITED STATES MAGISTRATE JUDGE