IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NELSON DELGIUDICE, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | No. 5:12-CV-74 (CAR) |
| Officer JARVIS PRIMUS, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge [Doc. 12] that Plaintiff's procedural due process claim against Defendant Patricia Evans be allowed to go forward but that Plaintiff's remaining claims against Defendants Jarvis Primus and Larry Milner should be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim. Plaintiff has not filed an Objection to the Recommendation. This Court agrees with the Recommendation of the Magistrate Judge. Thus, the Recommendation [Doc. 12] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendants JARVIS PRIMUS and LARRY

MILNER are hereby dismissed from this action. Plaintiff's procedural due process claim against Defendant Patricia Evans will go forward.

**SO ORDERED,** this 7th day of May, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH

2